# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:19-cv-06533-RGK-PLAx                         Date  June 30, 2020

Title: Shonna Counter v. AWH Burbank Hotel, LLC, et al.

Present: The Honorable _____

| Daisy Rojas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:
Not Present                                  Not Present

Proceedings:    ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Case should have been closed on November 5, 2019, per the Joint Stipulation to Dismiss Case pursuant to F.R.C.P. 41 (a)(1)(A)(ii) [34].

☐ Entered _____.


Initials of Preparer    dr